UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YENSY CONTRERAS,

                          Plaintiff,

          – against –

FIND IMPORT CORPORATION,

                          Defendant.

**<u>ORDER</u>**

22 Civ. 61 (ER)

<u>Ramos, D.J.</u>:

         During the pre-motion conference held on May 13, 2022 by telephone, the Court granted

defendant leave to file a motion to dismiss pursuant to the following briefing schedule:  moving

papers due June 3, 2022; opposition due June 2, 2022; and reply due July 1, 2022.  As of the date

of this Order, the Court has received no moving papers from defendant.

         Parties are therefore instructed to submit a joint status report by no later than July 20,

2022.  Failure to do so may result in a dismissal for failure to prosecute.

It is SO ORDERED.

Dated:    July 12, 2022
          New York, New York

                                                              _____
                                                              EDGARDO RAMOS, U.S.D.J.