

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

August 9, 2022

VIA ECF

The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *Contreras v. Find Import Corporation*; Case No. 1:22-cv-00061 (ER)

Dear Judge Ramos:

We write jointly on behalf of both Parties.  Plaintiff Yensy Contreras ("Plaintiff") filed this action against defendant Find Import Corporation ("Defendant") on January 4, 2022.  Plaintiff filed the First Amended Complaint on April 5, 2022.  Defendant filed a motion to dismiss on July 25, 2022.  The Parties wanted to inform the Court that they have discussed amended pleadings and have consented to the following pursuant to Fed. R. Civ. P. 15(a)(2): Plaintiff shall file a Second Amended Complaint on or before August 17, 2022; and Defendant shall respond to the Amended Complaint on or before September 16, 2022.

We respectfully request that the Court deny without prejudice Defendant's July 25, 2022, motion to dismiss as moot pending Plaintiff's filing of a Second Amended Complaint.

Respectfully submitted,
*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

---

The schedule is approved.  The motion to dismiss is DENIED without prejudice. The Clerk of the Court is respectfully directed to terminate the motion, doc. 24.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:  8/15/2022
New York, New York