

**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

David Stein: DSTEIN@STEINLLP.COM
(admitted in NY, NJ, PA, DC, IL)

David Nieporent: DNIEPORENT@STEINLLP.COM
(admitted in NY, NJ)

September 15, 2022

**VIA ECF**

Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

> Defendant's request for extension is granted.  SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: September 16, 2022
> New York, New York

Re: **Contreras v. Find Import Corporation**
*Case No. 22-cv-61 (ER) (DCF)*

Dear Judge Ramos:

We represent defendant in the above-referenced case, and we write to request an extension of time to file defendant's motion to dismiss in this case. Pursuant to Your Honor's Order of August 15, 2022, that is due tomorrow, September 16, 2022.

Because plaintiff has three other motions also due tomorrow, defendant respectfully requests a one business day extension, until Monday, September 19, 2022, to file its moving papers in this case. This is defendant's first request for an extension, and it should not affect any other deadlines in this case. Plaintiff has graciously consented to defendant's request.

We thank the Court for its attention to this matter. We are available at Your Honor's convenience if the Court has any questions regarding the foregoing.

Respectfully submitted,

David Stein

cc: Edward Y. Kroub, Esq. (via ECF)