UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YENSY CONTRERAS, et al., <br><br>                       Plaintiffs, <br><br> -against- <br><br> FIND IMPORT CORPORATION, <br><br>                       Defendant. | Case No. 1:22-cv-00061 (JLR) <br><br> **<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of Defendant's motion to dismiss the Second Amended Complaint (ECF No. 33), filed on September 30, 2022, and Plaintiffs' letter filed in response (ECF No. 35), dated October 7, 2022. In light of Defendant's apparent late filing of its motion to dismiss, IT IS HEREBY ORDERED that Defendant shall file a letter, not to exceed three pages, responding to Plaintiff's letter of October 7, 2022, regarding the timeliness of Defendant's motion to dismiss no later than **October 19, 2022**.

      IT IS FUTHER ORDERED that Plaintiff's deadline to respond to Defendant's motion to dismiss shall be adjourned and the deadline will be reset, if necessary, after consideration of Defendant's October 19, 2022 letter.

      Additionally, IT IS FURTHER ORDERED that the parties' deadline to file a joint motion letter is adjourned to **October 20, 2022**.

Dated: October 12, 2022
       New York, New York

                                        SO ORDERED.

                                        JENNIFER L. ROCHON
                                        United States District Judge