UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YENSY CONTRERAS, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> FIND IMPORT CORPORATION, <br><br> Defendant. | Case No. 1:22-cv-00061 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Defendant's October 27, 2022 letter, filed in response to the Court's Order to Show Cause as to why the Court should not dismiss its motion to dismiss as untimely filed. ECF No. 40. There is no question that Defendant filed its motion to dismiss eleven days after the deadline set by the Court. Defendant attributes part of its lateness due to religious observance. Therefore, because the delay was less than two weeks, and also because Defendant had previously filed a similar motion to dismiss in this case (ECF No. 24) putting Plaintiffs on notice of its arguments, the Court finds that there will be minimal prejudice to Plaintiffs by permitting the late motion to be filed. Accordingly, IT IS HEREBY ORDERED that Plaintiffs shall respond to the motion to dismiss no later than **November 14, 2022**, and Defendant shall file a reply no later than **November 21, 2022**. The parties shall timely adhere to all future deadlines.

By separate Order to be filed simultaneously with this Order, the Court will refer this action to Magistrate Judge Figueredo for general pre-trial management.

Dated: October 31, 2022
New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge